

Carl E. Christensen*
Robert Kouba
Sydney J. Maglio
William J. Rogers
Aaron D. Sampsel
Ryan P. Supple**
Christopher Wilcox

305 North Fifth Avenue, Suite 375, Minneapolis, MN 55401

\* Also Licensed to Practice Law in New York
\*\*Also Licensed to Practice Law in Wisconsin

Author's direct dial: 612-823-4427
email: carl@christensensampsel.com

December 4, 2025     **by ECF**

The Honorable Shannon G. Elkins
U.S. District Court
District of Minnesota
Diana E. Murphy U.S. Courthouse
300 South Fourth Street, Minneapolis, MN 55415

Re: Withdrawal of Motion: *Hagen v. Transunion LLC* et al
    Court File No.: 25-cv-2166-NEB-SGE
    Our File No.: 2390-23

Dear Judge Elkins,

As you know, the Plaintiff in this matter, Randall Hagen, has died; our office represents his children, Mitchell Hagen, RaeAnn Byram, and Myles Hagen, who are Plaintiff Hagen's heirs ("the Heirs").

I write to inform the Court that the Heirs have instructed me to withdraw the currently scheduled motion for substitution. I also write to inform the Court that the Heirs have also instructed me to cease any efforts to effect substitution under Rule 25. The Heirs are aware and understand that this will result in the matter being dismissed under that rule.

Thank you for allowing me to inform the Court of this development by letter. If you need anything else from me to effectuate the Heirs' directives, please do let me know.

Thank you.

Yours very truly,

Carl E. Christensen

cc:    The Heirs (*by email*)
         Counsel of Record (*by ECF*)